JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THOMAS ESCOBAR, by and through his Conservator THERESA ESCOBAR,

              Plaintiffs,

    v.

SAN PEDRO FISH MARKET, an unknown entity,

              Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-01579 DDP (SSx)

**ORDER OF DISMISSAL**

    THE COURT ORDERS that this action be, and hereby is, dismissed without

prejudice.

    The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: August 9, 2011

DEAN D. PREGERSON
United States District Judge